# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS®**
Appellant(s),

vs.

9th Cir. Case No. 24-5426

District Court or
BAP Case No. 2:24-cv-01631-MWF-PVC

**AMERICAN EXPRESS COMPANY;**
**AMERICAN EXPRESS KABBAGE INC.**
Appellee(s).

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? **The issue here is that the judge believes that the judgment was issued on 7/10/24 but the Final Judgment should be a separate filing (I filed objections to this effect on Aug 28th, 2024). I was personally confused because the judge did not state whether it was with or without prejudice and didn't sign any of his orders. So I thought the Final Judgment was still coming and filed a motion to try and get it so I could head to appeals. I'm a new pro se litigator and this is my first time in appeals so I'm simply trying to understand the rules and play by them the best I can, but to me it seems like this was terribly sloppy and uncertain "proceedings" and more of a simulated legal process.**

  b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: **Yes**

- If you did, on what date did you file the motion? **July 13th, 2024 for Motion for Reconsideration and Aug 24th, 2024 for a Motion to Enter a Final Judgment.**

- For prisoners or detainees, what date did you give the motion to prison authorities for mailing? **N/A**

- What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? **Aug 2nd, 2024 for the Motion for Reconsideration and Aug 26th, 2024 for the Motion to Enter a Final Judgment.**

  c. What date did you file your notice of appeal? **Sept 4th, 2024**

- For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? **N/A**

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

IMPORTANT NOTE: There is absolutely no aspect of my case where I am speaking about any "vapor money theory." In fact, I'm not talking about "money" at all. I filed a negotiable instruments case and I would simply like my case to be heard on the basis of negotiability, indorsements, etc. The transfer, exchange and redeemability of negotiable instruments, which is mostly governed by the Uniform Commercial Code Article 3, is literally ONE HUNDRED PERCENT of my case. To say or pin entirely irrelevant aspects to my case making it seem like a "vapor money theory" or "redemption" case is complete nonsense and shows tremendous laziness and ignorance by anyone who does it. I get that maybe many people are filing these kinds of lawsuits but mine is highly attuned to UCC Article 3 and not some pie in the sky or highly complicated scheme, I assure you. I don't want my complaint thrown aside because, at first glance, "it looks like another one." I doubt my specific argument has been brought before you before (because it is based only and entirely from the law).

*A negotiable instrument is an unconditional promise or order to pay, in accordance with UCC 3-104.

*A Federal Reserve Note is an unconditional promise to pay between "United States" and "Federal Reserve." This makes it "currency," not "money." The definition of "money" does not include promissory notes, while the definition of "currency" can include promissory notes and bills of exchange. This is made CRYSTAL clear in UCC 3-102(a): "(a) This Article applies to negotiable instruments. It does not apply to money"

*Each and every time I used my AMEX credit card, the transaction produced an unconditional promise to pay, which has the same value in law as a Federal Reserve Note (There is even a "promise to pay" section in the Cardmember Agreement which makes this clear - which was submitted as an Exhibit in the case under Docket #34, Attachment 4). Each and every time I created an unconditional promise to pay, currency was effectively created and negotiated.

*The way that negotiable instruments are redeemed, transferred or exchanged is called "negotiation."

*Negotiation is decided by the holder, which typically means the person in possession of the instrument.

*A "blank indorsement" is when a payee is not specified, which makes it payable to bearer due to it not being negotiated for a specific payee (which would be called a special indorsement as per UCC 3-205).

*It must have been assumed by AMEX that all the unconditional promises to pay that were generated on my accounts were indorsed in blank and then subsequently "donated" or something. Not only is that factually untrue but I was never told any of this as part of our contractual proceedings. Had I known any of this, then I wouldn't have agreed to those terms.

*Without understanding the contract and without there having ever been transparency as regards to this currency creation, I lost access to all the

9th Cir. Case No. 24-5426                                                                                                Page 4

currency I created and needed to send in entirely irrelevant negotiable instruments called Federal Reserve Notes in an effort to perform on the account and zero it out.

\*Negotiable instruments can be exchanged and transferred (even sold) while they are blank indorsed until eventually someone decides to take the instrument to the Federal Reserve Discount Window to place up the original notes or bills as a "collateral security" to collateralize and swap them at the Window for Federal Reserve Notes in accordance with 12 USC 412 (which is administered through an OC-10 agreement with the Federal Reserve).

\*Had I simply been informed of the basics of negotiation, I would have performed on all transactions using a qualified ("without recourse") and/or special indorsement (stating the payee) in order to instantly zero out the transaction for instant performance. If I wrote "pay to the order of: BRANDON JOE WILLIAMS" on the receipt, then I would be effectively claiming the value of that unconditional promise to pay and making the payee my franchise called BRANDON JOE WILLIAMS®. This would instantly perform on all transaction, making my having to send in additional "payment" unnecessary. All payments would be instant and simple, to the point where even sending an unconditional order to pay would be unnecessary.

\*It is entirely illogical that a person would simply abandon all of the generated promissory notes on these accounts if they knew the value was exactly the same as Federal Reserve Notes. All promises to pay that are generated on these accounts fall under the definition of "legal tender" from 31 USC 5103. Which is exactly how and why they can be swapped at the Federal Reserve Discount Window in accordance with 12 USC 412.

\*This is fraud since I was never informed of these terribly important facts. I am now claiming each and every single unconditional promise and order ever generated on all the accounts. The fraud by omission of never informing me of these facts placed me in debt slavery (peonage) for absolutely no reason. Had I been told about the difference between blank and special indorsements, I

would never need to pay the accounts using irrelevant negotiable instruments called Federal Reserve Notes. The accounts would literally automatically discharge without the need of being sent unconditional orders to pay ("bills" - which are ALSO negotiable instruments as per UCC 3-104!)

*During the "proceedings," judge Fitzgerald (I'm sorry, but I will not use the word "Honorable" at this time) latched onto one VERY minor detail of my complaint and threw the entire complaint out based on that rather than the crux of my complaint, which is the above points in this section. (the point the judge threw the case out on is not even of enough significance to mention here and can be entirely removed from the complaint without consequence). I stayed polite, friendly and specific throughout the "proceedings" and have no idea why or how that kind of behavior is considered acceptable from a judge with a background as impressive and extensive as Mr. Fitzgerald. I would like to simplify my pleadings and just stick with the facts presented in my objections and on this brief… in an attempt to keep brevity here. I know your time is valuable and I don't want to drone on and on and would rather leave this simple (as it is, ultimately, quite simple).

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3.  What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

    I was willing to accept multiple avenues of relief, but the judge never allowed even the slightest discussion into any aspects of my complaint. I tried several additional filings to explain things in more detail and to show my intent to assist the court and defense to understand UCC Article 3 and all attempts were discarded without even the slightest consideration (which is why I wrote an objections filing using the Canons… I didn't know what else to do). I even went so far as to offer a

> solution to AMEX that would solve this justiciable controversy with little-to-no out-of-pocket expense on their behalf.
>
> Ultimately, ignorance of the law is not an excuse. But I am trying to be honorable by explaining negotiation, negotiable instruments, indorsement, etc as I am madly in love with this fascinating technology and any chance I get to talk about it I take like a child speaking about his favorite toy.

4.  What legal claim or claims did you raise in the district court or at the BAP?

    **I hereby claim all previous negotiable instruments produced on all accounts mentioned in the complaint, as well as damages due to being in a debt slavery (peonage) position due to fraud by omission as regards to the basic negotiation of the currency manufactured on these accounts. This includes the correction of all indorsements due to fraud, which is covered in UCC 3-306 as well as other areas of UCC Article 3.**

5.  **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why. - **N/A**

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6.  What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

**\*Judge Fitzgerald has/had stock in the S&P 500 according to his 2020 financial disclosure on The Free Law Project. I have a concern that this case may have had prejudice due to the judge having stocks or mutual funds of which could be affected by a major loss of a lawsuit with AMEX. Maybe I**

**need to be given another judge - someone who is actually willing to talk and not just dismiss my case for, what seems like, absolutely delusionary reasons.**

**\*The judge ignored local rule 7-3 when brought up. He allowed "relief" from this rule for the defendants, while I had attempted multiple times to speak to the defense and judge as regards to negotiable instruments, negotiation, indorsements and UCC Article 3. I actually want to speak to the defendant and work this out and I am willing to meet in person, over drinks, dinner, etc.**

**\*The judge did not sign any of the orders until I had brought it up near the end of the "proceedings." The entire "suit" felt more like a simulated legal process where I would talk until I was blue in the face only to be dismissed for completely made up reasons that have absolutely nothing to do with my complaint or any of my filings into the case.**

**\*The judge dismissed my complaint based on entirely irrelevant broad generalities based on one tiny piece of information from my complaint, as if there was some kind of massive prejudice on his part. This particular point that he latched onto is so wildly insignificant that it's not even worth wasting this most honorable appeals court's time by mentioning it. It can be removed entirely from the pleadings without consequence. I made it known that I was willing to explain, many times and in many ways, each and every aspect of my complaint. Preferably, I would actually like to do it in-person. I'm here in good faith and willing to help with any confusion without being abrasive or having an air of "superiority." I teach this information professionally online and am willing to do whatever it takes to help others understand the glorious technology of negotiable instruments.**

7.	Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: **Yes**

	If not, why not?

8.	What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

**UCC Article 3. Basically the entire Article. Which is exactly what I wanted to speak about in great detail and all my attempts were denied without the**

**slightest explanation. The basic functionalities of negotiable instruments, negotiation, tender, acceptance, indorsement, etc is all that we need to speak about and once we do, my complaint can achieve massive clarity in no time flat.**

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case. - **No**

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case. - **No**

| | |
|---|---|
| **BRANDON JOE WILLIAMS®** | /s/ Brandon Joe Williams, agent |
| Name | Signature |
| | |
| PO Box 1962 | |
| Glendale, CA 91209 | 10/11/2024 |
| Address | Date |