# NO. 24-5426

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

BRANDON JOE WILLIAMS,

Plaintiff–Appellant,

v.

AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS KABBAGE, INC.

Defendants–Appellees.

Appeal from the United States District Court
for the Central District of California
District Court Case No. 2:24-CV-01631
The Hon. Michael W. Fitzgerald

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS–APPELLEES AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS KABBAGE, INC.**

STEPTOE LLP
STEPHEN J. NEWMAN
BRIANNA M. BAUER
2029 Century Park East, Suite 980
Los Angeles, California 90067
(213) 439-9400

Attorneys for Defendants–Appellees
AMERICAN EXPESS COMPANY;
AMERICAN EXPRESS KABBAGE, INC.

36512000.v1

-1-

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, counsel of record for defendants-appellees American Express Company and American Express Kabbage, Inc., state that American Express Kabbage, Inc. is a subsidiary of American Express Company and that Berkshire Hathaway, Inc., owns 10% or more of American Express Company's stock.

DATED: November 12, 2024    Respectfully submitted,

STEPTOE LLP
STEPHEN J. NEWMAN
BRIANNA M. BAUER

By:     */s/ Stephen J. Newman*
      Stephen J. Newman

Attorneys for Defendants-Appellees
  AMERICAN EXPRESS COMPANY;
  AMERICAN EXPRESS KABBAGE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS–APPELLEES AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS KABBAGE, INC.** was filed electronically through the court's CM/ECF System. Notice will automatically be electronically mailed to the following individuals who are registered with the CM/ECF System for this action:

Clerk USDC Los Angeles     cacd_appealfee@cacd.uscourts.gov

And, I hereby certify that on November 12, 2024, I caused to be served a true and correct copy of **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS–APPELLEES AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS KABBAGE, INC.** to the following non-CM/ECF registered participants by U.S. Mail, postage prepaid, and addressed to the following:

Brandon Joe Williams
P.O. Box 1962 Glendale
California 91209

*Pro Se Appellant*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen J. Newman*
　　　　　　　　　　　　　　　　　　　　　　　　Stephen J. Newman

-2-

36512000.v1