**FILED**

MAY 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRANDON JOE WILLIAMS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS KABBAGE INC, <br><br> Defendants - Appellees. | No. 24-5426 <br><br> D.C. No. 2:24-cv-01631-MWF-PVC <br> Central District of California, Los Angeles <br><br> ORDER |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

The motion (Docket Entry No. 5) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The answering brief is due June 30, 2025. The optional reply brief is due July 30, 2025.

The district court directed the clerk to treat the July 10, 2024 dismissal order as an entry of judgment under Central District of California Local Rule 58-6. The parties must address in the briefs whether the district court's application of Local Rule 58-6 in the July 10, 2024 order satisfied the separate document requirement

of Federal Rule of Civil Procedure 58. *See In re Bonham*, 229 F.3d 750, 760 n.3 (9th Cir. 2000) (time to appeal does not start running until judgment is set forth in a separate document and entered by the clerk); Fed. R. App. P. 4(a)(7)(A)(ii) (time to appeal begins to run 150 days after entry of final order that is not properly entered as a separate judgment); Fed. R. Civ. P. 58(b)(1)(C) (requiring separate entry of judgment when court denies all relief); *see also Demaree v. Pederson*, 887 F.3d 870, 877 (9th Cir. 2018) (per curiam).