No. 24-5426

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS®**,
*Plaintiff-Appellant,*

v.

**AMERICAN EXPRESS COMPANY;
AMERICAN EXPRESS KABBAGE INC.**,
*Defendant-Appellee.*

Appeal from the United States District Court
Central District of California
No. 2:24-cv-01631-MWF-PVC

**Reply Brief to Answering Brief**

Brandon Joe Williams
*Attorney-in-fact*
PO Box 1962
Glendale CA, 91209
Telephone: (747) 273-0799
E-mail: brandon@williamsandwilliamslawfirm.com

Attorney for Plaintiff-Appellant:
BRANDON JOE WILLIAMS®

## Reply Brief to Answering Brief

### Overarching General Rebuttals:

There are two broad generalities that the advocates for the appellee have used but failed to define adequately. Under Rule of Evidence 301, I would like to bring forth definitions to both terms and acquiesce to their usage. The terms are "sovereign citizen" and "vapor money theory."

I am doing this in an effort to reduce this reply brief dramatically, save the court's valuable time, as well as bring clarity to undefined areas of the answering brief.

**Presumptive Definition of the Term "sovereign citizen" Under Rule of Evidence 301:**

Due to an undefined term being used in this case, I will hereby agree to the term while defining it. This definition, in itself, is a presumption and, if gone unrebutted with evidence, becomes active for this case. This is hereby admittance of the term being usable as well as it becoming a stipulated fact of status and law.

In the case *Dred Scott v. Sandford, 60 US 393 (U.S. Supreme Court - 1857)*, the most Honorable Roger B. Taney gives us the definition of this term, "sovereign citizen":

> **The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of this sovereignty.**

This definition applied to a "free white person" who was a citizen of a State and this definition comes from before the initial birth of the "US citizen" category in *Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)*, which was the case that interpreted what was meant by the 14th Amendment (specifically the first clause).

"Sovereignty," itself, is clarified and defined beautifully by the Honorable Stanley Matthews in *Yick Wo v. Hopkins, 118 US 356 (Supreme Court - 1886)*:

> **Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power.**

This sovereignty is often incorrectly defined as something individual but, as Mr. Taney has described above, the sovereignty is collective (then individual sovereignty is enjoyed via that collective sovereignty).

As a white State citizen of California, I have no right to the 14th Amendment at all, as clarified in a case that occurred the day after the Honorable Mr. Samuel Freeman Miller gave his opinion in *Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)*. *Slaughter-House* was April 14th, 1873; the next day, we have a case called *Bradwell v. State, 83 US 130 (U.S. Supreme Court - 1873)*.

In this case, the Honorable Mr. Miller says the following, proving that a white State citizen (non US citizen) does not have the ability to use the 14th Amendment in any way:

> **As regards the provision of the Constitution that citizens of each State shall be entitled to all the privileges and immunities of citizens in the several States, the plaintiff in her affidavit has stated very clearly a case to which it is inapplicable.**
>
> **The protection designed by that clause, as has been repeatedly held, has no application to a citizen of the State whose laws are complained of. If the plaintiff was a citizen of the State of Illinois, that provision of the Constitution gave her no protection against its courts or its legislation.**

This definition of "sovereign citizen" would only apply to me as a white man and would not extend into the business that I own called a sole proprietorship. That business, defined as a "person" in 8 USC 1101(b)(3), is a US citizen under 8 USC 1401(a) and 8 USC 1101(a)(22)(A). If the term "sovereign citizen" is used to describe the sole proprietorship, this would be fraud upon this most Honorable court. There is no sovereignty, collective or individual, enjoyed by a US citizen. The US citizen class was originally created to Federally protect the released "negro" slaves (after the 13th Amendment) from State abuses, then that class was expanded to include legal fictions in *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394 (US Supreme Court - 1886)*.

The above completes the definition of the term "sovereign citizen" unless rebutted. If gone unrebutted, the above definition will hereby become a stipulated fact for this case and will be entered into evidence by this most Honorable court.

I have a much more extensive treatise regarding the above information, if the Court would like to see how extensive my research has gone on this subject, located at:
https://www.williamsandwilliamslawfirm.com/a-treatise-on-the-word-person

Because this is a reply brief, if the advocates for the appellee decide they want to rebut this using an argument with actual case law, I am willing to approve any notice or filing the appellee may make in rebutting this definition. I don't want to make it seem like I'm defining this term in a way that makes it impossible for the advocates for the appellee to rebut.

**Presumptive Definition of the Term "vapor money theory" Under Rule of Evidence 301:**

Due to this term having a very vague official legal definition, I will place forth a definition here that will become a stipulated fact of this case if not rebutted by the advocates for the appellee.

Supreme Court case law is clear on this definition and supersedes all references in this case on these subjects.

In *Shaw v. Railroad Co., 101 US 557 (U.S. Supreme Court - 1880)*, the Honorable Mr. William Strong states the following:

> **Bills of exchange and promissory notes are exceptional in their character. They are representatives of money, circulating in the commercial world as evidence of money, "of which any person in lawful possession may avail himself to pay debts or make purchases or make remittances of money from one country to another, or to remote places in the same country. Hence, as said by Story, J., it has become a general rule of the commercial world to hold bills of exchange, as in some sort, sacred instrument in favor of bona fide holders for a valuable consideration without notice." Without such a holding they could not perform their peculiar functions. It is for this reason it is held that if a bill or note, endorsed in blank or payable to bearer, be lost or stolen, and be purchased from the finder or thief, without any knowledge of want of ownership in the vendor, the bona fide purchaser may hold it against the true owner.**

In *FDIC v. Philadelphia Gear Corp., 476 US 426 (U.S. Supreme Court - 1986)*, the Honorable Justice Sandra Day O'Connor states the following:

> **FDIC concedes, as it must, that Congress has determined that a promissory note generally constitutes money or its equivalent. Moreover, that statutory definition comports with economic reality. Promissory notes typically are negotiable instruments and therefore readily convertible into cash.**

In *Swift v. Tyson, 41 US 1 (U.S. Supreme Court - 1842)*, the Honorable Justice Joseph Story states the following:

> **The debtor also has the advantage of making his negotiable securities of equivalent value to cash.**

In *Juilliard v. Greenman, 110 US 421 (U.S. Supreme Court 1884)*, which is part of the *Legal Tender Cases* and composes much of the backbone information behind the structure of Federal Reserve Notes, the Honorable Horace Gray states the following:

1. **By the Constitution of the United States, the several States are prohibited from coining money, emitting bills of credit, or making anything but gold and silver coin a tender in payment of debts. But no intention can be inferred from this to deny to Congress either of these powers.**

2. **It appears to us to follow, as a logical and necessary consequence, that Congress has the power to issue the obligations of the United States in such form, and to impress upon them such qualities as currency for the purchase of merchandise and the payment of debts, as accord with the usage of sovereign governments. The power, as incident to the power of borrowing money and issuing bills or notes of the government for money borrowed, of impressing upon those bills or notes the quality of being a legal tender for the payment of private debts, was a power universally understood to belong to sovereignty, in Europe and America, at the time of the framing and adoption of the Constitution of the United States.**

Then, finally, in *Perry v. United States, 294 US 330 (U.S. Supreme Court - 1935)*, which explains the Emergency Banking Act and Gold Abrogation Act, has these quotes to say by the Honorable Charles Evans Hughes:

1. **The moneys under consideration in the Legal Tender Cases, decided May 1, 1871, 12 Wall. 457, and March 3, 1884, 110 U.S. 421, were promises to pay dollars, "bills of credit." They were "a pledge of the national credit," promises "by the Government to pay dollars," "the standard of value is not changed." The expectation, ultimately realized, was that in due time they would be redeemed in standard coin. The Court was careful to show that they were issued to meet a great emergency in time of war, when the overthrow of the Government was threatened and specie payments had been suspended. Both the end in view and the means employed, the Court held were lawful. The thing actually done was the issuance of bills endowed with the quality of legal tender in order to carry on until the United States could find it possible to meet their obligations in standard coin. This they accomplished in 1879. The purpose was to meet honorable obligations — not to repudiate them.**

2. **There was no coin — specie — in general circulation in the United States between 1862 and 1879. Both gold and silver were treated in business as commodities. The Legal Tender Cases arose during that period.**

Our financial system is very simple:

1. Currency is composed of negotiable instruments (unconditional promises and orders to pay). This is clarified in UCC 3-104
2. A Federal Reserve Note is an unconditional promise to pay between "United States" (defined in UCC 9-307) and the Federal Reserve

3. The Federal Reserve is defined in *John L. Lewis v. United States of America, 680 F.2d 1239 (9th Circuit Court of Appeals - 1982)*, where the Honorable Cecil F. Poole said the following:

    ***Examining the organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purposes of the FTCA, but are independent, privately owned and locally controlled corporations.***
4. Negotiable instruments are exchanged and transferred by what is called "negotiation"
5. The basis of negotiation is the subject of indorsements (spelled with an "i" in UCC Article 3 but spelled with an "e" often in life, such as on the back of checks)
6. Indorsements fall into a few main categories (these are the key ones): blank indorsement (UCC 3–205(b)), special indorsement (UCC 3-205(a)), restrictive indorsement (UCC 3-206) and qualified indorsement (UCC 3-415(b)).
7. A Federal Reserve Note, for example, since it is originally indorsed in blank, is negotiated as described in UCC 3-201(b): **"If an instrument is payable to bearer, it may be negotiated by transfer of possession alone."**
8. Rules of negotiation are simple: after tendering an instrument the other party can either accept the instrument or dishonor it in accordance with the rules of dishonor found in UCC 3-502
9. If the tender is not "dishonored" and not "accepted," then it is refused… which activates the provisions found in UCC 3-603(b)
10. The above steps are beautifully laid out in the 6 various subparts of UCC Article 3: 1. General Provisions and Definitions; 2. Negotiation, Transfer and Indorsement; 3. Enforcement of Instruments; 4. Liability of Parties; 5. Dishonor; and 6. Discharge and Payment
11. UCC 3-603(b) is the core of my entire complaint. The absolute dead center of it.
12. None of the above has anything to do with "money," as described in UCC 3-102: **"(a) This Article applies to negotiable instruments. It does not apply to money"**
13. None of the above is a "theory"
14. The above has nothing to do with "vapor" or the idea of being "vaporous."

So, the term "vapor money theory," if defined while taking all the above into account would be the following: **"an ignorant attempt at describing our current currency system as something more than being composed of unconditional promises and orders to pay in accordance with how those are defined in UCC 3-104. This term is a very depressing and sad attempt to degrade a monetary system with a long and rich history, both in case law and without. This is an attempt, essentially, to gaslight people and persons who are attempting to use the actual law found in case law and in the various State-adapted Commercial Codes (typically close duplicates of the model UCC). This term attempts to derail any attempt at applying the Commercial Codes by making use of those Codes appear to be frivolous. This term is a term of massive degradation and shows deep ignorance and maybe even contempt for our negotiable instrument monetary system as well as the law. For those aware of the functionalities of negotiable instruments, which is**

**well articulated by Article 3 of the model UCC, the term "vapor money theory" is offensive as it is a generic and ignorant attempt at invalidating all of UCC Article 3 and the entire legal basis behind legal tender and the operation of unconditional promises and orders to pay."**

This definition, if not rebutted, is now active in this case as the definition of "vapor money theory." I would like to, again, give any possible leeway necessary to allow the advocates for the appellee to rebut this definition with evidence, if they so choose.

Now I will move on to a point-by-point rebuttal of the answering brief.

### Point-by-Point Rebuttal of Each Point in the Answering Brief:

1. On page 10, it is said: **"Plaintiff describes himself as Brandon Joe Williams® ("Plaintiff") and purported to commence pro se litigation in the District Court, supposedly through his "agent," named Brandon Joe Williams. Plaintiff – whoever or whatever he is – claims that he has the right to repay his American Express credit card through self created documents that in his cryptic and conspiratorial world are as good as or better than lawful money of the United States."**
Rebuttal: The advocates are feigning confusion in order to paint a negative picture in an effort to deflect the fact that they know nothing about negotiable instruments yet defend one of the largest financial institutions in the world. BRANDON JOE WILLIAMS® is a sole proprietorship and US citizen, while Brandon Joe Williams is a white man who is a State citizen of California (not a US citizen or noncitizen national of the United States). Brandon Joe Williams is the registered trademark holder for BRANDON JOE WILLIAMS®. The above definitions in the general rebuttals section handle all mentions of the various things on page 10 and subsequent pages of this section.

2. On page 10, it is said: **"Plaintiff alleges that Defendants American Express Company and American Express Kabbage, Inc. (collectively, "American Express") violated multiple statutes by refusing to accept illegitimate forms of payment (in the form of supposed "Documents" and "Parcels" not tied to anything of value) as payment"**
Rebuttal: Each time a credit card transaction occurred, there was an unconditional promise to pay which was produced. These initial notes have value and are exchangeable for Federal Reserve Notes. This was hidden from me and I was expected to send in entirely irrelevant notes called Federal Reserve Notes at the end of a statement period. This is fraudulent and placed me in unnecessary debt slavery (peonage) under 18 USC 1595

3. On page 11, there are various things mentioned that are handled by the definitions in the general rebuttal section and all Supreme Court cases mentioned above trump all mentions of the various case law and persuasive authority mentioned by the advocates for the appellee. Any idea of unconditional promises and orders to pay not being currency is laughable and not even

worth the time to spend talking about it. The Supreme Court case law and the UCC do all the heavy lifting for me.

4. On page 12, it is said: **"Based on the foregoing allegations, the Complaint asserted eleven claims for relief: (1) breach of contract; (2) breach of fiduciary duties; (3) violation of the Federal Reserve Act, 12 U.S.C. § 504; (4) laundering of monetary instruments, 18 U.S.C. § 1956; (5) transportation of stolen securities, 18 U.S.C. § 2314; (6) securities and commodities fraud, 18 U.S.C. § 1348; (7) peonage, 18 U.S.C. § 1581; (8) enticement into slavery, 18 U.S.C. § 1583; (9) sale into involuntary servitude, 18 U.S.C. § 1584; (10) forced labor, 18 U.S.C. § 1589; and (11) benefitting financially from peonage, slavery, and trafficking in persons, 18 U.S.C. § 1593A."**
<u>Rebuttal and clarification:</u> I acquiesce to counts 3, 4, 5, and 6 having no private right of action. But counts 7, 8, 9 and 10 all have a private right of action under 18 USC 1595.

5. On page 12 into 13, it is said: **"Of the above eleven theories pleaded below, only "debt slavery (peonage)" is referenced in the Informal Opening Brief on appeal. Accordingly, the other theories presented in the District Court are forfeited here. Regarding the Informal Opening Brief's discussion of the Uniform Commercial Code, this was not pleaded as a distinct claim in the District Court, and so the claim is waived and cannot even be considered here. Plaintiff's other theories as presented in the Informal Opening"**
<u>Rebuttal:</u> No "theories" were pressed in the original District case, nor in the Opening Brief on appeal. All points are well rooted in law, as shown in the "vapor money theory" definition at the top of this reply. Since none of these things are "theories," the above paragraph from the advocates is moot. The Uniform Commercial Code points are the spinal cord behind each and every original cause of action and do not need to be pleaded as independent causes of action. This is nothing more than an attempt to gaslight me with presumptions and mislead this most Honorable Court, wasting this Court's valuable time. No claims are waived and it is hereby demanded that all original claims be looked at in terms of the merits **(counts 3, 4, 5 and 6 are hereby dropped. All other counts stand on the merits, which include counts 1, 2, 7, 8, 9, 10 and 11. The Uniform Commercial Code is part of the duty and breach behind ALL causes of action)**.

6. On page 13, it is said: **"This case is straightforward: Use of a credit card results in money being advanced for the benefit of the credit card borrower. That debt must be repaid with lawful money, not with self-created and worthless documents created by the debtor himself."**
<u>Rebuttal:</u> This is laughable gaslighting and a poor attempt to establish presumption. The general rebuttal definition of "vapor money theory" is all that is needed here.

7. On page 13, the advocates for the appellee speak about a frivolous position beginning with the heading of **"JURISDICTIONAL STATEMENT"** speaking about how the appellant was supposedly 1 day late on the appeal.

<u>Rebuttal:</u> This has already been addressed in the text-order of docket item 10, filed by the Honorable W. FLETCHER, CALLAHAN, and KOH. It is said: **"See In re Bonham, 229 F.3d 750, 760 n.3 (9th Cir. 2000) (time to appeal does not start running until judgment is set forth in a separate document and entered by the clerk); Fed. R. App. P. 4(a)(7)(A)(ii) (time to appeal begins to run 150 days after entry of final order that is not properly entered as a separate judgment); Fed. R. Civ. P. 58(b)(1)(C) (requiring separate entry of judgment when court denies all relief); see also Demaree v. Pederson, 887 F.3d 870, 877 (9th Cir. 2018) (per curiam)."**

This is exactly correct, because the July 10th order wasn't signed (in fact, it didn't even have a signature spot), which is required, and it also was not "properly entered as a separate judgement," which activated the 150 days window to file an appeal. It is obvious, from the other filings done after this time period, that the appellant was trying to address and handle this situation in good faith. Also, there should be some leniency allowed by a pro se litigant who was obviously trying his best to navigate a complex situation. The fact that the advocates for the appellee are even bringing this forth shows bad faith and an attempt to gaslight and crush a pro se litigant, unjustifiably.

8. On page 14, 15 and 16, under heading entitled **"I. Statement of Relevant Facts,"** the advocates for the appellee continue their feigned ignorance and frivolous gaslighting. All of this has already been clarified thoroughly by the general rebuttals section above.

9. On page 17, under section entitled **"I. THE NOTICE OF APPEAL WAS UNTIMELY AND THIS COURT DOES NOT HAVE JURISDICTION,"** the advocates for the appellee begin again on their gaslighting and frivolous aspects to the appellant being, according to them, a day late to file an appeal.
<u>Rebuttal:</u> This has already been addressed above and, on top of that, we have L.R. 58-10, which states: **"Signature Line for Signature of Judge. At least two lines of the text of any order or judgment shall appear on the page that has the line provided for the signature of the judge. Next to the signature line shall be the word "Dated:" with a blank left for the judge to write in the date. At least two lines above the signature line shall be left blank for the judge's signature"**

Not only was there no signature, there wasn't even a line for it! For all any of us know, the clerk put together the "order" on July 10th 2024.

10. On page 19, the advocates for the appellee begin speaking about "vapor money theory" and HJR-192. I never spoke about HJR-192 in any of my documents, nor was it part of my pleadings. All of this is well addressed in the definition of "vapor money theory" found in the general rebuttals section above.

11. On page 19, it is said: **"Second, the District Court properly dismissed Plaintiff's breach of contract claim and breach of fiduciary duty claim for failure to allege that American Express breached any provision of his agreements with American Express to support a**

**claim for breach of contract and for failing to allege a fiduciary relationship, respectively."**
Rebuttal: the breach of contract was under the duty the appellee had to the California Commercial Code and the New York Uniform Commercial Code. I am much better at explaining and articulating this now than I was when I wrote the original complaint, but it doesn't change the fact that this is the basis of the complaint.

12. On page 20, it is said: **"Third, Plaintiff's claim under 18 U.S.C. § 1593A, fails to state a claim because American Express did not financially benefit"**
Rebuttal: This is untrue as I still, to this day, have no idea where all the original unconditional promises to pay are that were manufactured each and every time I used the cards. AMEX and Kabbage still have them. I have never been given access to them. I was hoping to dig all this up in discovery: what happened to them? I can prove that AMEX and Kabbage still have them, but we need to figure out what they did with them. They cannot prove they did not financially benefit and I think I can because they would be the only possible holder of those notes. If they aren't the holder, who else could be? There's no one else unless they sold or swapped the notes, which would mean they financially benefitted. By process of elimination, it is a legal and physical impossibility that they did not financially benefit. The only possible way would be that they are essentially holding the notes for me as a trustee or something, but I have asked for those notes to be issued to me and for a full refund of all Federal Reserve Notes that were previously tendered on the accounts and I have been denied. So if this is the case then we have a claim of trust fraud. Either way, there is a cause of action.

13. On page 22, in the section entitled **"A. District Court's Application of Local Rule 58-6 Satisfies Federal Rule of Civil Procedure 58,"** the advocates for the appellee dive deep into a frivolous attempt at justifying the glaring flaws of the July 10th, 2024 order.
Rebuttal: The rule in question is that it needs to be on a separate document… everything said here is moot because this is a very simple requirement.

But even above and beyond that, the elephant in the room is simply that there is no signature nor even any line for a signature in accordance with L.R. 58-10. Even if the advocates are able to somehow snake their way across this point between L.R. 58-6 and FRCP 58, this monstrous and glaring issue still stands.

Then, on top of that, there should be leeway for a pro se litigant. One day supposedly late, when you can see on the original docket that the appellant was attempting to navigate the situation best he could, combined with there being literally no signature or even a line for such… this is ridiculous. If an attorney can string together pages of "logic" to justify a rule then that is opening the door to a destruction of all law. If a rule says "separate piece of paper," and the rule makes sense to show clarity on docket, but it can all be simply justified away… then how does law itself have any structure?

The advocate for the appellee, Mr. Newman, is attempting to get this appeal thrown out procedurally because he doesn't want anyone finding out that he knows nothing about the

Uniform Commercial Code and negotiable instruments. He is doing everything under the sun, moon and stars to prevent from having to talk about it because he defends one of the largest financial organizations on the planet and he is about to look like a complete fool in front of a pro se litigant. This is the core of absolutely everything that is happening here. It truly is that simple. It is one frivolous point after the next all born from the terror of having to speak on the UCC. I hope this court can see that. The amount of work put in to try to justify something as simple as "it needs to be on a separate document" shows this clearly.

14. On page 27, more gaslighting occurs under the heading **"C. Even if the District Court did not Comply with Local Rule 58-6, Plaintiff Waived the Separate Document Requirement"**
<u>Rebuttal:</u> The appellant never "waived" anything. This is frivolous and fraudulent and another gaslighting attempt to establish a presumption. By the motion to request a final judgment (docket 38), as well as the objections filed in docket items 32 and 37, it is crystal clear that this is not the case.

Again, this is all an attempt by Mr. Newman to not have to speak about negotiable instruments or the UCC. He is terrified.

15. On page 28, we have a rehashing of the previous frivolous deep dive under the title **"D. This Court Does Not Have Jurisdiction Over This Matter Because Plaintiff Failed to Timely File His Notice of Appeal"**
<u>Rebuttal:</u> This section looks like mostly a rehash of the previous sections. It could be entitled "additional billables." The "final judgment" on July 10th, 2024 was glaringly improper. This has all been well covered above.

16. On page 30, we have a colorful (yet frivolous) attempt under the title **"E. Plaintiff Cannot Purport to be a Trademark and Simultaneously Initiate a Lawsuit or File an Appeal"**
<u>Rebuttal:</u> I'm a little at a loss of words to even respond to this. You cannot "be" a trademark. A trademark is simply commercial ownership of a symbol or series of symbols.

BRANDON JOE WILLIAMS is a sole proprietorship and US citizen.

The trademark of that business name is held by the white man, who is a citizen of California (non US citizen) named Brandon Joe Williams. This is all covered in the section defining the term "sovereign citizen" in the general rebuttals section at the top of this reply.

BRANDON JOE WILLIAMS® is a person under 8 USC 1101(b)(3), is able to sue and be sued, and is owned by Brandon Joe Williams.

In accordance with 1 USC 8, Brandon Joe Williams would not be a "human being," but is only and exclusively a white man in accordance with how that classification is described in the "sovereign citizen" definition found in the general rebuttals section of this reply.

There is no "straw man," which is defined on Cornell Law School as: **"Straw man is a third party that holds property in intermission for the sole purpose of transferring it to another."** (Source: https://www.law.cornell.edu/wex/straw_man)

17. On page 31, it is said: **"As it is difficult to determine which claims Plaintiff is specifically appealing the District Court's dismissal, American Express will address all claims dismissed in the MTD Order. However, Plaintiff does not specifically mention any of the claims in the Notice of Appeal, other than his claim for peonage. Therefore, all of his arguments are forfeited, with the exception of that claim."**
<u>Rebuttal and Clarification:</u> I have clarified all claims in this reply and only the ones mentioned as "dropped" above are hereby forfeited. But beyond that, I do believe the advocates for the appellee should have the opportunity to rebut not only the definitions of "sovereign citizen" and "vapor money theory" from the general rebuttals sections, but they should have an opportunity to also rebut each surviving cause of action, if need be. Any motions or requests to do so will be approved by me as a joint motion so the advocates can simply contact me and I would be more than happy to do that. I apologize as I do not understand really, procedurally, how to handle or address that and I feel that this being a reply is not particularly fair as there should be some kind of hearing or opportunity for the advocates to address these things. **I hereby officially request a hearing on all these subjects so that all parties have a chance to speak fully, unless the Court does not feel this is necessary.**

18. On page 32, under the section entitled **"A. Standard of Review,"** there are various points
<u>Rebuttal:</u> The amount of clarity I have, now, regarding negotiable instruments, the UCC, local rules, rules of civil procedure, etc… is ENORMOUS in comparison to where I was at when I originally filed the complaint. The complaint can be boiled down to one simple point: **"every time I used my card or every time I signed a loan with Kabbage, that produced an unconditional promise to pay which has the same value in law as and is exchangeable with another type of unconditional promise to pay called a Federal Reserve Note. I was never told this, was never given access to those original notes and never meant to issue those notes as a blank indorsement with no qualified, special or restrictive aspects to the indorsement. I have brought this up and requested to address this situation and have been denied, which violates the various Commercial Codes."**

I fully acknowledge that I have been rocky during these proceedings. I am trying my best as a new litigant. But the above should bring clarity to the situation. Other things that I may have said during the initial complaint can be discarded without issue. The above is the core issue. One of the definitions of "pleading" is:

> "The process performed by the parties to a suit or action, in alternately presenting written statements of their contention, each responsive to that which precedes, and each serving to narrow the field of controversy, until there evolves a single point, affirmed on one side and denied on the other, called the 'issue,' upon which they then go to trial."

**The above bolded paragraph is the "issue" of the complaint and I wish to go to trial on that issue, specifically.**

19. On page 33, there is a section entitled: **"B. On the Merits, the District Court Correctly Ruled That Plaintiff Did Not Plead a Breach of Contract Claim."** This reply has already thoroughly rebutted each point in this section.

20. On page 34, there is a section entitled: **"C. On the Merits, the District Court Correctly Ruled That Plaintiff Did Not Plead a Breach of Fiduciary Duty Claim."** This reply has already thoroughly rebutted each point in this section.

21. On page 35, there is a section entitled: **"D. On the Merits, the District Court Correctly Ruled That Plaintiff Did Not Plead a violation of 18 U.S.C. §1589A."** This reply has already thoroughly rebutted each point in this section.

22. On page 36, there is a section entitled: **"E. On the Merits, the District Court Correctly Ruled That the Remaining Statutory Claims Do Not Provide a Private Right of Action, which is Fatal to Plaintiff's Statutory Claims."** This reply has already thoroughly rebutted each point in this section.

## In Closing

It's incredible what the Honorable Justices have to put up with in litigation. If I had to continually correct people of which I can't tell if they are simply playing dumb or are actually ignorant all day long, I think I would lose my mind. Going through this process has really opened my eyes to the kinds of stuff that the courts have to go through and I have had quite a change of heart in relation to judges because of this. You must have nerves of steel. I thank you for your service.

Mr. Newman is playing dumb in the area of negotiable instruments but then, all the sudden, when it comes to stitching together a 50 mile string of "logic" in order to justify how the final judgement shouldn't be on a separate piece of paper, he's all the sudden become Dick Tracy. This is ridiculous and shows bad faith. According to Mr. Newman's own section of the Steptoe website, Mr. Newman specializes in "Commercial Trials & Litigation, Insurance & Reinsurance, Financial Services, Financial Regulatory Compliance & Policy."

Under his education tab, it says: "A.B., Harvard University, 1992, magna cum laude, Economics; Member, *The Harvard Crimson*."

So we are to believe that Mr. Newman, with his extensive history and knowledge, doesn't know anything about the basic functionality of negotiable instruments? There are only two possibilities here: either he is telling the truth… which means he should retire from his profession in eternal shame, or he is misleading this Court. If the latter is the truth, he puts Harvard to shame, the BAR to shame, AMEX to shame, and this Court to shame. This should be a sanctionable activity because here I am having to play "daddy" and supposedly teach this grown man who is

behaving like an infant or person of unsound mind. This is unacceptable behavior in ANY Court, let alone the appellate level of the 9th Circuit, which addresses justiciable controversies for approximately 22.25% of the GDP of the entire United States of America.

Maybe Mr. Newman sold his soul at some point. Maybe the "spark" associated with practising law has faded over the years. But that's not my problem and it certainly is not the problem of this Court. This isn't a nursery or day care center.

Also, I would like to bring it to the attention of the Honorable Justices looking over these filings, if you, yourselves, have credit cards or active loans… the complaint that I have here applies to your personal situations as well. Each and every time you use your credit cards, a promissory note, which is exchangeable for Federal Reserve Notes via the Federal Reserve Discount Window (using the provisions of 12 USC 412), is produced. You may be curious, just like I am, as to where all those notes are going and what is happening with them. Did you agree to donate them? Are they considered "abandoned?" The original contracts have no provisions to explain this.

"AMERICAN EXPRESS NATIONAL BANK" has had DIRECT Federal Reserve Discount Window access since 1994 according to
https://www.federalreserve.gov/paymentsystems/master-account-and-services-database-existing-access.htm

All your loans and mortgages operate the exact same way. The original notes are used as a "collateral security" to fund your loans and you were given very little, or no consideration for those highly valuable instruments. Your "1% cash back" on purchases is probably what these institutions deem as the consideration needed to hold together a "contract" under the UCC. If you are not as disgusted about this as I am, I'm not sure what else to say.

I hope this can be seen as a real problem and I may have my case, as rough as it might be, gauged on the merits and not thrown out procedurally.

You can see, from even just the evolution of my original case and this appeals case, that I am putting in literally thousands of hours attempting to put together massive sections of case law, study local rules and rule sets, memorize the Uniform Commercial Code, etc. I hope this can be evidence that I am here in good faith and am not looking for the easy path. I truly know that I have been grossly wronged by having produced valuable negotiable instruments and having them secretly stolen from me, placing me in a peonage (debt slavery) condition. Each and every Honorable Justice reading this is in that exact same condition and I hope my voice can be heard on this subject. I will never stop fighting until it is.

The relief I hope for from this most Honorable Court is the ability to go into discovery in order to find out what happened to all my initially issued unconditional promises to pay. I have already offered the appellee a settlement that requires absolutely no out-of-pocket expense on their behalf, so I feel as though we will reach a settlement prior to that can of worms being opened.

Thank you for your time.

Dated: Aug 10, 2025　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　BRANDON JOE WILLIAMS®
　　　　　　　　　　　　　　　　　　　　　By: */s/ Brandon Joe Williams, agent*

### CERTIFICATE OF COMPLIANCE (Form 8 Attached)

1. This brief contains 6,674 words and is in compliance with Fed. R. App. P. 32(a)(7)(B). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

2. I certify that this brief complies with the word limit of Cir. R. 32-1.

Dated: Aug 10, 2025　　　　　　　By: ___*/s/ Brandon Joe Williams, agent*___
　　　　　　　　　　　　　　　　　　　　Brandon Joe Williams, agent