No. 24-5426

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**BRANDON JOE WILLIAMS®**,
*Plaintiff-Appellant,*

v.

**AMERICAN EXPRESS COMPANY;**
**AMERICAN EXPRESS KABBAGE INC.**,
*Defendant-Appellee.*

Appeal from the United States District Court
Central District of California
No. 2:24-cv-01631-MWF-PVC

# Notice of Delay

Brandon Joe Williams
*White Citizen of California under the California Constitution of 1849 and Art IV, Section 2, Clause 1 of the US Constitution*
***(non US citizen)***
PO Box 1962
Glendale CA, 91209
Telephone: (747) 273-0799
E-mail:
Brandon@WilliamsandWILLIAMSLawFirm.com

Owner of Sole Proprietorship Plaintiff-Appellant **(US citizen)**:
BRANDON JOE WILLIAMS®

# **Notice of Delay**

## Timing of case filings:

Case opened: Sep 5, 2024

Opening brief submitted: Oct 11, 2024

MTD filed by appellee: Nov 12, 2024

Order denying MTD: May 27, 2025

Answering brief filed: Jul 30, 2025

Reply brief filed: Aug 10, 2025

## Thank You Message:

The Plaintiff-Appellant and his owner hereby thank this Court for not dismissing this appeal on procedural grounds. If this Court was going to do that, it is presumed it would have already happened. Plaintiff-Appellant and his owner understand the complexities of this case as well as our rough navigation of these proceedings and profusely thank this Court for its willingness to deal with a new pro se litigant.

## Good Faith Disclosure:

The Plaintiff-Appellant and his owner have ceaselessly increased their understanding of both State v. Federal citizenship as well as negotiable instruments since the last filing into this case about 15 months ago. Massive sections of case law have been culled in order to fill out and prove each and every aspect of the original points brought up in the lower Court as well as previously in this appeal. Each and every aspect previously pleaded inartfully have been carefully honed into exact flowcharts, precise case law and an incredible dexterity in terminology as well as presentation.

Please view case 2:26-cv-08035-VBF-ADS in the Central District of California to see evidence of good faith that the Plaintiff-Appellant and his owner have been working hard to continue their understanding and presentation of the material in this original case as well as in this appeal. You will see in that complaint a tremendous improvement and hard-won skill and certainty regarding State v. Federal citizenship and negotiable instruments. The Plaintiffs have also had their first writ of certiorari successfully docketed at the Supreme Court in case Supreme Court case number 25-1221.

In the Reply Brief in this appeal, the Plaintiff-Appellant and his owner invited this Court to view a website called "a Treatise on the Word Person," which contained a tremendous amount of information describing the timeline and separation of State v. Federal citizenship. Tireless work has been continually expanding and clarifying all the information on that website since the Reply Brief and the Plaintiff-Appellant/owner hereby again invite this Court to view that heavily updated and upgraded page prior to oral argument: https://www.williamsandwilliamslawfirm.com/a-treatise-on-the-word-person.

**Request of this Court:**

After 15 months, it is hereby requested that we schedule oral argument in accordance with FRAP 34(a)(1) so that the Plaintiff-Appellant/owner can clarify pleadings and answer questions, also so the Defendant-Appellee has an opportunity to speak regarding each surviving cause of action as well as State v. Federal citizenship and negotiable instruments.

Looking over current oral arguments that are scheduled, it appears many of them are between 10-20 minutes. If possible, we would prefer if we had the upper end of that spectrum at 20 minutes for our arguments.

The Plaintiff-Appellant and his owner have become so skilled with State v. Federal citizenship and negotiable instruments, we confidently believe that we could answer almost any questions regarding either subject that the Honorable Justices on this appeal could possibly ask. Both of these subjects do not have a lot of information or case law within the last 100-150 years, so this is a massive opportunity to discuss these highly important subjects. Every section of our glorious country will be touched by what we cover in this appeal.

It is hereby requested that oral argument be scheduled in Pasadena as soon as possible.

The Plaintiff-Appellant and his owner are excited to meet the Honorable Justices for oral argument and we again thank this Court for consideration and patience on this matter.

Dated: Nov 11, 2026

Respectfully submitted,
BRANDON JOE WILLIAMS®

By: */s/ Brandon Joe Williams, white citizen of California and owner of Plaintiff-Appellant*

**CERTIFICATE OF COMPLIANCE (Form 8 Attached)**

1. This brief contains 801 words and is in compliance with Fed. R. App. P. 32(a)(7)(B). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

2. I certify that this brief complies with the word limit of Cir. R. 32-1.

Dated: Nov 11, 2026

By: ___*/s/ Brandon Joe Williams, owner*
Brandon Joe Williams, owner